# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

### CIVIL MINUTES - GENERAL

| Case No.: | 2:22-cv-02982-AB-KSx | Date: | April 26, 2023 |
|---|---|---|---|

**Title:** *Emperor Ent. Inc. v. Specialty Ins. Agency, Inc.* et al.

**Present: The Honorable   ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] ORDER REMANDING CASE TO STATE COURT

On November 17, 2022, the Court issued an Order (Dkt. No. 30) granting Plaintiff leave to file a First amended Complaint adding non-diverse defendants D.H. Adjusting, LLC Diana Williams to the action.

On November 17, 2022, Plaintiff filed the FAC. (Dkt. No. 31.)

Accordingly, consistent with the Order, the Court lacks subject matter jurisdiction over this action. Therefore, the Court **ORDERS** this case **REMANDED** to Los Angeles County Superior Court. The Court **ORDERS** the Clerk to send a certified copy of this Order to the state court.

**IT IS SO ORDERED**.